UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOSE AND MARIA REYNA, *Plaintiff*, v. GEOVERA SPECIALTY INSURANCE COMPANY, *Defendant*. | Civil Action No.: 3:19-CV-00358 |

**AGREED MOTION TO RE-OPEN,
ALTERNATIVELY, TO EXTEND CONDITIONAL DISMISSAL**

The Court was notified that the parties settled this case on or about February 7, 2020. Dkt. #9. On or about February 10, 2020, the Court entered a Conditional Dismissal Order. Dkt. #11. The Court gave the parties until April 24, 2020, to finalize the settlement and set that date as the deadline to re-open the case if the settlement could not be completely documented.

The settlement has not been finalized. Because of COVID-19, the parties are had a difficult time finalizing the settlement and release documents. But the parties are working together diligently to finalize this case despite the logistical problems COVID-19 has created.

The parties have exchanged drafts of the settlement papers, but they have not been finalized, and Plaintiffs have not received their settlement funds from the Defendant.

Upon finalizing the settlement and release documents, receipt and clearance of the settlement checks, the parties will file a notice of stipulation of dismissal.

Accordingly, the parties ask that the Court re-open this case so the parties can conclude the

settlement agreement and release documents—alternatively, to extend its condition dismissal order—and keep it on the Court's active docket until the settlement and release documents can be finalized and Plaintiffs receive their settlement funds.

The parties do not anticipate that finalizing the settlement process will take more than 60 days.

This is an AGREED motion.

The parties file this motion to re-open the case within the Court's deadline.

The parties file this motion not to delay the closing of this case but so that justice may be done.

Good cause exists for this motion, *i.e.* so that the settlement can be finalized.

Respectfully submitted,

**Law Office of Shane McClelland, PLLC**

By: */s/ Shane McClelland*
Shane McClelland
State Bar No. 24046383
Southern District Bar No. 642324
*Attorney-in-Charge for Plaintiff*
440 Cobia Drive, Ste. 101
Katy, Texas 77494
Phone: (713) 987-7107
Fax: (832) 827-4207
Email: Shane@hmtrial.com

*/s/ Rhonda J. Thompson*
**Rhonda J. Thompson**
State Bar No. 24029862
**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rthompson@thompsoncoe.com
**ATTORNEY FOR DEFENDANT GEOVERA SPECIALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020, a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

>  */s/ Shane McClelland*
>  Shane McClelland

**CERTIFICATE OF CONFERENCE**

The parties conferred about this motion, and it is AGREED.

>  */s/ Shane McClelland*
>  Shane McClelland